UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
NOV 14 2011
AT 8:30_____M
WILLIAM T. WALSH, CLERK

UNITED STATES OF AMERICA : ORDER FOR RETURN OF

VS. : DEPOSIT FOR BAIL

GASPAR CAMPOS : Case No. 4:10MJ107-01 (SDT)
DNJX210CR000045

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for his appearance before this Court, and that the sum of Two thousand five hundred dollars ($2,500.00) was deposited in the registry of this Court as security for the said recognizance; and it further appearing that the case was a Rule 5 from the Southern District of Texas and the purposes of said recognizance have been fulfilled; it is, on this 31st day of October, 2011

**ORDERED** that the sum of Two thousand five hundred dollars ($2,500.00) so deposited as aforesaid be returned to Elsa Benitez, 10102 Copperwood Drive, Houston, Texas 77040 the surety of said recognizance.

_____
GARRETT E. BROWN, CHIEF JUDGE
UNITED STATES DISTRICT COURT